In the Matter of the Application
of
ELIZABETH COCKETT ROBINSON
To register and confirm her title to land situate at Puunau,
Honokowai and Kaanapali, District of Lahaina, Island
and County of Maui, Hawaii.

No. 4234.

FEBRUARY 6, 1967.

RICHARDSON, C.J., CASSIDY, WIRTZ,
LEWIS AND MIZUHA, JJ.

*Per Curiam.* The right to file a second petition for
rehearing after expiration of the time prescribed by Rule
5(a) of this court is questionable. See *In the Matter of
Davis,* 15 Haw. 724; *Waterhouse* v. *Capital Investment
Co.,* 44 Haw. 311, 353 P.2d 1016. At all events the petition
is without merit and is denied.

Cassidy and Wirtz, JJ., having dissented from the
majority in the original opinion, do not join in the dis-
position of the petition on the merits.

*Thomas W. Flynn* for the petition.